# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

```
STACEY FAULCON,                :
                               :
         Petitioner,           :    Civil No.  10-6176 (SDW)
                               :
    v.                         :    NOTICE and ORDER
                               :
GREG BARTKOWSKI, et al.,       :
                               :
         Respondents.          :
```

Petitioner has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

Based upon Petitioner's affidavit of indigence,

IT IS on this 7th day of Februay, 2011,

ORDERED that Petitioner's application to proceed in forma pauperis is hereby GRANTED.

s/Susan D. Wigenton<br>
Susan D. Wigenton<br>
United States District Judge